# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                  **CASE NO. 4:21-CR-00075-BSM**

**RICKEY C. JONES**                                                                  **DEFENDANT**

## ORDER

The government's motion to dismiss the indictment [Doc. No. 30] filed against defendant Rickey Jones is granted. Pursuant to Federal Rule of Criminal Procedure 48(a), the indictment against Jones is dismissed.

IT IS SO ORDERED this 20th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE